(A) In the Matter of B. COLE ESTATES, INC., v. ROBERT E. HERMAN, as State Rent Administrator, et al. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ. (B) In the Matter of CITY OF NEW YORK, Relative to Acquiring Title to Real Property for Williamsbridge Road From Morris Park Avenue to Pelham Parkway South, Borough of The Bronx. VITO MACINA et al. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDNA MEYROWITZ

and Morris Meyrowitz, Respondents, v. Lena Alpern, Appellant.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.